Sánchez, Demandante y Apelante *v.* Atlas Commercial Company, Demandada y Apelada.

Apelación procedente de la Corte de Distrito de San Juan, Sección Primera, en procedimiento sobre indemnización. Traslado de la causa.

No. 2032.—Resuelto en junio 27, 1919.

Moción de Traslado—Cambio del Lugar del Juicio por Conveniencia de los Testigos—Derecho del Demandado a Ser Juzgado en el Distrito en que Vive.—Cuando un demandante funda su moción para el cambio del lugar del juicio en la conveniencia de los testigos deberá suministrar a la corte hechos tales, que demuestren que el interés de la justicia requiere que

se verifique dicho traslado.  Generalmente no es suficiente con repetir meramente en el *affidavit* para el traslado las alegaciones de la demanda.  Y cuando los *affidavits* del demandado son terminantes y en ellos se dice que los hechos del accidente son mejor conocidos de los testigos que residen en el lugar en que la acción fué establecida, el promovente, demandante, no ha vencido el derecho del demandado a ser juzgado en el distrito en que vive y donde la acción fué establecida.

Moción de Traslado—Affidavits Contradictorios—Discreción Judicial.—En los casos de *affidavits* contradictorios la corte de apelación por lo general no intervendrá con la discreción ejercitada por la corte inferior.

Traslado del Pleito—Pobreza del Demandante y sus Testigos.—El hecho de ser muy pobres de recursos el demandante y sus testigos no justifica por sí solo el traslado del pleito.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Angel A. Vázquez.*

Abogado de la apelada: *Sr. Henry G. Molina.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Cuando un demandante funda su moción para el cambio del lugar del juicio en la conveniencia de los testigos deberá suministrar a la corte hechos tales que demuestren que el interés de la justicia requiere que se verifique dicho traslado.  Generalmente no es suficiente con repetir meramente en el *affidavit* para el traslado las alegaciones de la demanda.

Cuando los *affidavits* del demandado son terminantes y en ellos se dice que los hechos del accidente son mejor conocidos de los testigos que residen en el lugar en que la acción fué establecida, el promovente, demandante, no ha vencido el derecho del demandado a ser juzgado en el distrito en que vive y donde la acción fué establecida.

En los casos de *affidavits* contradictorios la corte de apelación por lo general no intervendrá con la discreción ejercitada por la corte inferior.  *Pascoe* v. *Baker,* 158 Cal. 232.

El hecho de ser el demandante y sus testigos muy pobres sólo sería una circunstancia que habría de tomar en consideración el juzgador pero que por sí misma ni en unión de los demás hechos del caso justifica el traslado de la causa.

La resolución apelada debe ser confirmada.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.